IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE FUND, INC.<br><br>           Plaintiff,<br><br>           v.<br><br>THE UNITED STATES DEPARTMENT THE AIR FORCE,<br><br>           Defendant. | Case No. 05-00571 (RMC) |

## ORDER

Upon consideration of Plaintiff's Motion for Partial Judgment on the Pleadings, Defendant's response thereto, and the entire record in this case, it is this ___ day of _____, 2005,

ORDERED, that Plaintiff's Motion for Partial Judgment on the Pleadings is granted;

ORDERED, that Defendant is declared to have violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, with respect to Requests 1, 6, 7, 13, 14, 15, 16, 20, 22, 23, 24, 25, 27, 29, 30, 32, 36, 37, 38, 40, 41, 45, 46, 50, 53, 54, 55, 63, 67, 70, 72, 73, 74, 77, 78, and 81;

ORDERED, that Defendant is declared to have violated the FOIA with respect to the appeals in Requests 38, 44, 48, 58, 60, 61, 63, 64, and 69;

ORDERED, that Defendant is declared to have engaged in a pattern or practice of violating the FOIA with regard to Plaintiff's FOIA requests and appeals; and

ORDERED, that Defendant is directed to make available the records that are responsive to Plaintiff's Requests 1, 6, 7, 13, 14, 15, 16, 20, 22, 23, 24, 25, 27, 29, 30, 32,

36, 37, 38, 40, 41, 44, 45, 46, 48, 50, 53, 54, 55, 58, 60, 61, 63, 64, 67, 69, 70, 72, 73, 74, 77, 78, and 81 within twenty (20) days of the date of this Order.

_____
United States District Judge

_____
Date