IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE FUND, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES DEPARTMENT THE AIR FORCE,<br><br>  Defendant. | Case No. 05-00571 (RMC) |

## JOINT STATUS REPORT

Pursuant to this Court's June 15, 2011, Minute Order, the parties respectfully submit this Joint Status Report apprising the Court of the progress of the parties' settlement of the issue of attorneys' fees and costs in this case.

The parties finalized a settlement agreement on the issue of attorneys' fees and costs on June 27, 2011. On July 11, 2011, agency counsel for the Air Force submitted a request for payment of the agreed upon amount. The request will be coordinated through several Air Force offices, which will likely take several days, before it is approved. The approved request will be sent to the Defense Finance and Accounting Service for payment. Defendant anticipates that the payment will be processed and delivered to Plaintiff in approximately four to six weeks.

Respectfully submitted,

/s/ DAVID P. DEAN
David P. Dean
D.C. Bar Number 437030
Emilie S. Kraft
D.C. Bar Number 502795
JAMES & HOFFMAN, P.C.

1

        1130 Connecticut Avenue, N.W., Suite 950
        Washington, D.C.  20036
        (202) 496-0500 (phone)
        (202) 496-0555 (fax)

        Attorneys for the Plaintiff


        TONY WEST
        Assistant Attorney General

        CHANNING D. PHILLIPS
        United States Attorney

        <u>/s/ BRIAN G. KENNEDY</u>
        ARTHUR R. GOLDBERG
        D.C. Bar 180661
        BRIAN G. KENNEDY
        D.C. Bar No. 228726
        United States Department of Justice
        Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        Tel.: (202) 514-3357
        Fax: (202) 616-8470
        Email: Brian.Kennedy@usdoj.gov

        Attorneys for Defendant

DATE:  July 14, 2011