# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE FUND, INC., ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF THE AIR FORCE, ) ) ) Defendant ) ) | Civil No. 05-00571 (RMC) |

## JOINT STATUS REPORT

Pursuant to this Court's June 15, 2011, Minute Order, the parties respectfully submit this Joint Status Report apprising the Court of the progress of the parties' settlement of the issue of attorneys' fees and costs in this case.

As previously reported, the parties finalized a settlement agreement on the issue of attorneys' fees and costs on June 27, 2011, and on July 11, 2011, agency counsel for the Air Force submitted a request for payment of the agreed upon amount.

On August 9, 2011, agency counsel for the Air Force was notified that internal coordination had been completed and the claim was being processed for payment. Agency counsel was thereafter notified it is necessary that the payee must be registered in the Central Contractor Registration site in order for the Defense Finance and Accounting Service (DFAS) to make payment. On August 11, 2011, agency counsel contacted James and Hoffman, P.C., with regard to the needed registration and on August 12, 2011, provided contact information to James and Hoffman, P.C., and to the Air Force Claims Service Center official who is assisting with the interaction with DFAS.

    Defendant anticipates that the payment will be processed and delivered to Plaintiff within thirty days.

                                            Respectfully submitted,

                                            David P. Dean
                                            D.C. Bar Number 437030
                                            Emilie S. Kraft
                                            D.C. Bar Number 502795
                                            JAMES & HOFFMAN, P.C.
                                            1130 Connecticut Avenue, N.W., Suite 950
                                            Washington, D.C. 20036
                                            (202) 496-0500 (phone)
                                            (202) 496-0555 (fax)
                                            Attorneys for the Plaintiff


                                            TONY WEST
                                            Assistant Attorney General

                                            CHANNING D. PHILLIPS
                                            United States Attorney

                                            <u>/s/ Brian G. Kennedy</u>
                                            ARTHUR R. GOLDBERG
                                            D.C. Bar 180661
                                            BRIAN G. KENNEDY
                                            D.C. Bar No. 228726
                                            United States Department of Justice
                                            Civil Division
                                            Federal Programs Branch
                                            20 Massachusetts Ave., N.W.
                                            Washington, D.C. 20530
                                            Tel.: (202) 514-3357
                                            Fax: (202) 616-8470
                                            Email: Brian.Kennedy@usdoj.gov
                                            Attorneys for Defendant

DATE: August 15, 2011