# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE FUND, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>THE UNITED STATES DEPARTMENT ) OF THE AIR FORCE, )<br><br>Defendant. ) | Civil Action No. 05-571 (RMC) |

## ORDER

The Court having been advised that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 60 days from the date of this Order, deemed to be October 17, 2011. If settlement is not consummated within that period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

**SO ORDERED.**

Date: August 17, 2011

/s/
ROSEMARY M. COLLYER
United States District Judge